**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Robert L. Moore Jr., <br><br> Plaintiff, <br><br> – against– <br><br> Chase Bank (USA), National Association and Equifax Information Services, LLC, <br><br> Defendant(s). | Civil Action No. 6:20-cv-00377-ADA-JCM |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Robert L. Moore, Jr., through its attorneys, the Law Office of Robert S. Gitmeid & Associates, PLLC, hereby dismisses Defendant Chase Bank (USA), National Association from this action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted, this the 20th day of August, 2020.

**ROBERT L. MOORE, JR.**

/s/ Thomas Bellinder
Thomas Bellinder, Esquire (Bar No. 24098794)
11 Broadway, Suite 930
New York, NY 10004
Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Thomas J. Bellinder, attorney for Plaintiff, hereby certify that a true and correct copy of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

This the 20th day of August, 2020.
BY: __ /s/ Thomas J. Bellinder, Esq. _____