### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| Robert L. Moore Jr.,<br><br>　　　　　　　　Plaintiff,<br><br>– against–<br><br>Chase Bank (USA), National Association and Equifax Information Services, LLC,<br><br>　　　　　　　　Defendant(s). | Civil Action No. 6:20-cv-00377-ADA-JCM |

### NOTICE OF PENDING SETTLEMENT

COMES NOW the Plaintiff Robert L. Moore, Jr., by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and files this Notice of Pending Settlement of all claims against Defendant Equifax Information Services, LLC. A settlement of the claims has been reached, but the final documentation and funding has not yet been processed. This Notice is filed for the purpose of requesting relief from the Court's requirement that discovery and case management plans, scheduling and docket control orders, additional discovery and pleadings be completed and filed by the parties.

Respectfully Submitted, this the 20th day of August, 2020.

　　　　　　　　　　　　　　　　**ROBERT L. MOORE, JR.**

　　　　　　　　　　　　　　　　/s/ Thomas Bellinder
　　　　　　　　　　　　　　　　Thomas Bellinder, Esquire (Bar No. 24098794)
　　　　　　　　　　　　　　　　11 Broadway, Suite 930
　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　Thomas.B@gitmeidlaw.com
　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Thomas J. Bellinder, attorney for Plaintiff, hereby certify that a true and correct copy of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

      This the 20th day of August, 2020.
      BY: __ /s/ Thomas J. Bellinder, Esq. _____